# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00035-CV

**Jordan Lee, Appellant**

**v.**

**EZee Property, LLC; John Zorowski; Thomas Benson, Jr.; and Robert Jacobson, Appellees**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. C2020-1361B, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 23, 2023. On April 10, 2023, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by April 20, 2023 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed: May 16, 2023